1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FELIPE AVILA-DIAZ, | ) | Case No. CV 12-5519 JC |
|---|---|---|
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) ) | |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: November 29, 2012

                    /s/
            _____
            Honorable Jacqueline Chooljian
            UNITED STATES MAGISTRATE JUDGE